COMMONWEALTH

v.

KANOFSKY, A.

1523 CD 2016

Commonwealth Court of Pennsylvania.

08/11/2017

Northampton County Criminal Division, CP–48–SA–0000032–2016

Affirmed

JAE, J.

v.

Warden HARPER, et al.

1342 CD 2016

Commonwealth Court of Pennsylvania.

08/14/2017

Allegheny County Civil Division, No. GD15–018205

Affirmed/Reversed/Remanded

CANFIELD, K.

v.

DOC

585 MD 2016

Commonwealth Court of Pennsylvania.

08/11/2017

Original Jurisdiction, Original Jurisdiction

Dismissed

PACHELLA, w/h

v.

ARCHDIOCESE OF PHILA, et al.

1609 CD 2016

Commonwealth Court of Pennsylvania.

08/14/2017

Philadelphia County Civil Division, December Term 2006 No. 02604

Affirmed